In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-19-00229-CV
_____

IN THE INTEREST OF A.L.D. AND H.C.D.

On Appeal from the 418th District Court
Montgomery County, Texas
Trial Cause No. 15-02-01193-CV

**MEMORANDUM OPINION**

On December 30, 2019, we notified the parties that the record had been filed and that the brief of the appellant was due January 29, 2020. On January 30, 2020, we notified the parties that the appellant's motion for extension of time to file a brief was granted in part and that the appellant's brief was due February 28, 2020. On March 2, 2020, we notified the parties that the appellant's brief was past due and warned that if the brief and a motion for extension of time were not filed by March 12, 2020, the case would be submitted to the Court on the record alone. The Clerk

1

also notified the parties that submission without briefs could result in dismissal of the appeal for want of prosecution. On March 13, 2020, we notified the parties that the appeal would be submitted to the Court on the record alone on April 3, 2020.

A dismissal for want of prosecution is appropriate when the appellant fails to timely file a brief. *See* Tex. R. App. P. 38.8(a)(1). The Clerk has provided notice to the appellant that the appeal could be dismissed for want of prosecution for failure to comply with the Court's direction. Appellant has failed to comply with the Court's instruction to prosecute the appeal. Accordingly, the appeal is dismissed for want of prosecution. *See* Tex. R. App. P. 42.3.

APPEAL DISMISSED.

PER CURIAM

Submitted on April 3, 2020
Opinion Delivered April 16, 2020

Before McKeithen, C.J., Kreger and Horton, JJ.